JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WELLS, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>LA-Z-BOY INC, a California Corporation; and DOES 1 through 100, Inclusive,<br><br>        Defendants. | Case No. 5:17-cv-02333-MWF (SHKx)<br><br>**ORDER RE STIPULATION OF DISMISSAL OF LA-Z-BOY INC.**<br><br>Complaint Filed: September 25, 2017<br>Trial Date:      April 23, 2019 |

# **ORDER**

The Court, having considered plaintiff Donald Wells and defendant LZB Manufacturing, Inc.'s (originally erroneously named as La-Z-Boy Inc.) Stipulation of Dismissal of La-Z-Boy Inc., hereby dismisses La-Z-Boy Inc. with prejudice pursuant to Federal Rules of Civil Procedure rule 41(a)(2).

IT IS SO ORDERED.

DATE: March 13, 2018

_____
Hon. Michael W. Fitzgerald
United States District Court Judge

33251267.1