| | |
|---|---|
| | JS-6 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WELLS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LA-Z-BOY INC, a California Corporation; and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. 5:17-cv-02333-MWF (SHKx)<br><br>~~[PROPOSED]~~ ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE<br><br>[Filed concurrently with The Joint Stipulation]<br><br>Complaint Filed: September 25, 2017<br>Trial Date: None<br>District Judge: Hon. Michael W. Fitzgerald<br>Courtroom 5A, First St.<br>Magistrate Judge: Hon. Shashi H. Kewalramani<br>Courtroom 3 or 4, Riverside |

# ORDER

Pursuant to the stipulation entered into between Plaintiff Donald Wells ("Plaintiff") and Defendant La-Z-Boy Inc. ("Defendant"), and for good cause appearing, the Court ORDERS that all claims for relief in the above-captioned action brought by Plaintiff are hereby dismissed in their entirety and with prejudice. Each party is to bear that party's own costs and attorney fees.

**IT IS SO ORDERED.**

DATED: January 2, 2019

_____
Hon. Michael W. Fitzgerald
United States District Court
Central District of California

# Stipulation

[5:17-cv-02333-MWF-SHK Donald Wells v. LA-Z-BOY Incorporated et al](#)

ACCO,
(SHKx),DISCOVERY,MANADR,REOPENED

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered by Feldman, Catherine on 12/28/2018 at 4:10 PM PST and filed on 12/28/2018
**Case Name:** Donald Wells v. LA-Z-BOY Incorporated et al
**Case Number:** [5:17-cv-02333-MWF-SHK](#)
**Filer:** LA-Z-BOY Incorporated
**Document Number:** [32](#)

**Docket Text:**
**Joint STIPULATION to Dismiss Case pursuant to FRCP 41(a) filed by Defendant LA-Z-BOY Incorporated. (Attachments: # (1) Proposed Order Dismissing Entire Action With Prejudice)(Feldman, Catherine)**

**5:17-cv-02333-MWF-SHK Notice has been electronically mailed to:**

Catherine S Feldman     catherine.feldman@ogletreedeakins.com, candace.roni@ogletreedeakins.com

Hardy R Murphy     hardy.murphy@ogletreedeakins.com, losangeles.calendar@ogletreedeakins.com, sally.gutierrez@ogletreedeakins.com

Manu J Elloie     melloie@hamnerlaw.com

**5:17-cv-02333-MWF-SHK Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Users\Prec1435\Desktop\Lay-Z-Boy - Wells\Stipulation and Joint Request for Dismissal of Entire Action With Prejudice.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=12/28/2018] [FileNumber=26860230-0] [2d33f79dce2027bb2466542f4e079138a4a007cb3c69b10d823ccb2ced3bb59e51 19e5b27e75724d2bf096d10787aefee85df49c523aebfa3cae1140ca1c9897]]
**Document description:** Proposed Order Dismissing Entire Action With Prejudice

**Original filename:**C:\Users\Prec1435\Desktop\Lay-Z-Boy - Wells\[Proposed] Order Dismissal Entire Action With Prejudice.pdf

**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=12/28/2018] [FileNumber=26860230-1] [bfe03fe65e476d23d4b921d0ea57b37d6db8609ee805926ae33b3f87158e6da073 392b8f5d194e6616c8684f05f64474ed29fb2357e96dc38c1ba1d31b7412fa]]